UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| DUNAWAY HUNTING AND FISHING CLUB, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff | ) |  |
| v. | ) |  |
|  | ) | No. 1:06-CV-28 |
| NORMA MAE STOCKER, DONALD RAY STOCKER, JAMES EARL STOCKER, LOUIS RUSSELL STOCKER, and UNITED STATES OF AMERICA, | ) | Chief Judge Curtis L. Collier |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

The Court notes Plaintiff Dunaway Hunting and Fishing Club ("Plaintiff") has not responded to a pending motion to dismiss for lack of jurisdiction filed by the United States of America (Court File No. 19). The filing deadline for the plaintiff's response on this motion, which is 30 days from the date the motion is filed, has passed. Therefore, the Court **ORDERS** Plaintiff to respond to the motion to dismiss on or before **Thursday, November 30, 2006**. If Plaintiff does not file a response to this motion on or before November 30, 2006, the Court will find Plaintiff does not oppose the motion and agrees to the motion's request.

**SO ORDERED**.

**ENTER**.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**